UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: | ) Misc. No. 1:23-mc-00040 |
| | ) |
| ASSORTED FIREARMS AND AMMUNITION | ) |

**ORDER**

This matter is before the Court on the United States' motion to extend time to file a Complaint or obtain and Indictment regarding the Defendant Property. And the Court, having reviewed the motion and for good cause shown, finds that the motion should be and hereby is **GRANTED**.

**IT IS THEREFORE ORDERED** that, for the reasons stated in the motion, the United States shall have until November 21, 2023, to file a civil *in rem* complaint for forfeiture of the Defendant Property and/or obtain an Indictment or Information related to the Defendant Property and giving notice in the Indictment or Information of the United States' intent to forfeit Defendant Property as part of any sentence imposed.

**IT IS SO ORDERED**

Distribution:

All ECF-registered counsel of record via email generated by the Court's ECF system.

Service via first-class U.S. Mail on:

> K. Michael Gaerte
> DENTONS BINGHAM GREENEBAUM, LLP
> 2700 Market Tower
> 10 West Market Street
> Indianapolis, IN 46204
> *Counsel for the Claimants*