UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: | ) Misc. No. 1:23-mc-00040 |
| | ) |
| ASSORTED FIREARMS AND AMMUNITION | ) |

**NOTICE OF APPEARANCE**

Zachary A. Myers, United States Attorney for the Southern District of Indiana, by Kelly Rota, Assistant United States Attorney for the Southern District of Indiana, enters her appearance as counsel for the Plaintiff, United States of America.

    Respectfully submitted,

    ZACHARY A. MYERS
    United States Attorney

By:   */s/Kelly Rota*
    Kelly Rota
    Assistant United States Attorney

# CERTIFICATE OF SERVICE

I hereby certify that on August 15, 2023, a copy of the foregoing document was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the court's electronic filing system. Parties may access this filing through the court's system.

I further certify that on August 15, 2023, a copy of the foregoing document was mailed, by first-class, and certified U.S. Mail, postage prepaid and properly addressed to the following:

K. Gaerte
DENTONS BINGHAM GREENEBAUM, LLP
2700 Market Tower
10 West Market Street
Indianapolis, IN 46204
*Counsel for the Defendants*

*s/Kelly Rota*
Kelly Rota
Assistant United States Attorney
Office of the United States Attorney
10 W. Market St., Suite 2100
Indianapolis, Indiana 46204-3048
Telephone: (317) 226-6333
Fax: (317) 226-5027
