UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: | ) Misc. No. 1:23-mc-00040 |
| | ) |
| ASSORTED FIREARMS AND AMMUNITION | ) |

**ORDER**

This matter comes before the Court on the United States' Motion To Extend Time To File Complaint for Forfeiture and/or to Obtain Indictment Alleging Forfeiture, Dkt. [1]. The Court, having reviewed the matter and being duly advised, takes the Motion **UNDER ADVISEMENT** in order to give counsel for claimant an opportunity to respond to the United States' Motion. Therefore, the Court **STAYS** the United States' deadline to file a complaint for forfeiture and/or obtain an indictment alleging forfeiture until the Motion is ruled on. If the claimant wishes to respond to the United States' Motion, he must do so by **September 5, 2023.** The United States must file any reply **within seven days** of claimant's response.

So ORDERED.

Date: 8/23/2023

M. Kendra Klump
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email